■ In the Matter of SADIE OHLSTEIN against HILLCREST PAPER COMPANY, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 10, 1959, with notice of argument for September 22, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL J. ROCHE.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of GABRIEL GENOVESE, Petitioner, against JOHN A. MULLEN, as Judge of the Court of General Sessions, Respondent.— Petition unanimously dismissed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

## (June 22, 1959)

■ In the Matter of the Arbitration between MARTIN COHEN et al., and WALTER COHEN et al.— Motion denied upon condition that the petitioners-respondents consent to the restoration of the title in the proceeding to the form it was prior to the resettled order and on the further condition that the petitioners-respondents consent to the right of Murray Hill Academy of Theatre & Arts, Inc., to assert any and all counterclaims in the arbitration proceeding; in the event the petitioners-respondents fail to so stipulate by 6:00 P.M. on Monday, June 22, 1959, then the motion is granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 27, 1959, with notice of argument for September 8, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

## (June 23, 1959)

■ ALPHA FINANCIAL ASSOCIATES, Respondent, v. BESSIE LOBSENZER et al., Appellants, et al., Defendant.— Judgment, so far as appealed from, and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bergan, JJ.